AO 440 (Rev. 12/09) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Harris<br>_Plaintiff_<br>v.<br>Eastern Account System Inc<br>_Defendant_ | Civil Action No. 4:23-cv-00512-P |

## Summons in a Civil Action

TO: Eastern Account System Inc

_doing business as_ E-Center

c/o Registered Agent
Daniel S. Quintard
111 Park Ridge Rd
Brookfield, CT, 06804-3981

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Marwan Daher
2500 South Highland Avenue
Suite 200
Lombard, IL 60148

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

DATE: 05/24/2023

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00512-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Harris v Eastern Account System, Inc.
was received by me on *(date)* 05/25/2023

☐ I personally served the summons on the individual at *(place)* 111 Park Ridge Road, Brookfield, CT 06804
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Paul Courtney - Authorized to accept for Daniel, who is designated by law to accept service of process on behalf of *(name of organization)* Quintard, Registered Agent for Eastern Account System on *(date)* 05/31/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 06/01/2023

*Server's signature*

Jason Douglas - Process Server
*Printed name and title*

FOR: R.O.S. Consulting, Inc
5308 Main Street, Suite 5C
Spring Hill, TN 37174
*Server's address*

Additional information regarding attempted service, etc: