**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| DELISA M. HARRIS,<br><br>   Plaintiff,<br><br>v.<br><br>EASTERN ACCOUNT SYSTEM, INC.<br>d/b/a E-CENTER,<br><br>   Defendant. | Case No. : 4:23-cv-00512-P |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AGAINST EASTERN ACCOUNT SYSTEM, INC. d/b/a E-CENTER**

**NOW COMES** Delisa M. Harris ("Plaintiff"), by and through her undersigned attorney and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, requesting that this Honorable Court enter a Default Judgment against Eastern Account System, Inc. d/b/a E-Center ("Defendant") and in support thereof, states the following:

1. On May 24, 2023, Plaintiff filed the instant action against Defendant seeking redress for violations of the Telephone Consumer Protection Act ("TCPA") pursuant to 47 U.S.C. §227 et seq., violations of the Fair Debt Collection Practices Act ("FDCPA") pursuant to 15 U.S.C. §1692 et seq. and violations the Texas Debt Collection Act ("TDCA"), Tex. Fin. Code Ann. §392 et seq. [Dkt. 1] The Defendant's abusive debt collection practices is the basis of Plaintiff's Complaint.

2. On November 17, 2022, a process server named Shelvia Farr served Defendant with a copy of the Summons and Complaint. [Docket No. 7].

3. Despite being duly served with Plaintiff's complaint, Defendant has failed to appear or otherwise respond to Plaintiff's complaint.

1

4. On July 17, 2023, after Defendant failed to answer or otherwise plead, Plaintiff caused to be filed a Request for Entry of Clerk's Default. [Docket No. 9].

5. On July 17, 2023, the Clerk of the Court entered an Entry of Default against Defendant. [Docket No. 10].

6. Having gained an Entry of Default against Defendant, Plaintiff now moves this Honorable Court to enter a Default Judgment on a Sum Certain against Defendant and in favor of Plaintiff.

7. Defendant is aware of the instant proceedings and has willfully chosen not to enter the case despite proper service.

8. Plaintiff seeks actual damages and payment of her costs and reasonable attorney fees pursuant to 15 U.S.C. §1692k(a)(3).

### DAMAGES

9. Defendant's phone harassment campaign and illegal collection activities have caused Plaintiff actual harm, including but not limited to, invasion of privacy, nuisance, wasting Plaintiff's time, the increased risk of personal injury resulting from the distraction caused by the phone calls, decreased daily productivity, aggravation that accompanies unwanted telephone calls. emotional distress, mental anguish, anxiety, loss of concentration, diminished value and functionality of her cellular phone, the loss of battery charge, and the per-kilowatt electricity costs required to recharge her cellular telephone as a result of increased usage of her cellular phone. Moreover, each time Defendant placed a telephone call to Plaintiff, Defendant occupied Plaintiff's cellular phone such that Plaintiff was unable to receive other phone calls or otherwise utilize her cellular phone while her phone was ringing.

10. Defendant's actions in this matter has clearly demonstrated a lack of respect for the law and legal process. They have had notice of this lawsuit. Rather than avail themselves of the

legal process, Defendant has willfully chosen not to participate and as such has waived their right to be given any benefit by this Honorable Court.

### **ATTORNEY FEES AND COSTS**

15. Plaintiff seeks **$3,094.35** in reasonable attorney fees and costs pursuant to 15 U.S.C. § 1679g(a)(3). *See* attached Exhibit A is a true and correct itemization of Plaintiff's reasonable attorney fees and costs and attached Exhibit B is a true and correct copy of an affidavit endorsed by the undersigned.

**WHEREFORE**, Plaintiff, Delisa Harris, respectfully requests that this Honorable Court enter judgment in her favor as follows:

   a. entering a Default Judgment against Defendant and in favor of Plaintiff;

   b. finding that Defendant violated 47 U.S.C. § 227 et seq.;

   c. an award of statutory damages of at least $500.00 for each and every violation;

   d. declaring that the practices complained of herein are unlawful and violate the Fair Debt Collection Practices Act;

   e. awarding Plaintiff statutory and actual damages for the underlying Fair Debt Collection Practices Act violations;

   f. Awarding Plaintiff **$3094.35** in costs and reasonable attorney fees pursuant to 15 U.S.C. §1692k(a)(3) against Defendant and in favor of Plaintiff;

   g. Allowing Plaintiff to participate in an evidentiary hearing in order for this Honorable Court to determine her damages in this case;

   h. Allowing judgment interest to be added; and

   i. Awarding any other relief as this Honorable Court deems just and appropriate.

Dated: July 28, 2023 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/ *Marwan R. Daher*
　　　　　　　　　　　　　　　　　　　　Marwan R. Daher, Esq.
　　　　　　　　　　　　　　　　　　　　SULAIMAN LAW GROUP, LTD.
　　　　　　　　　　　　　　　　　　　　2500 South Highland Avenue
　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　Lombard, Illinois 60148
　　　　　　　　　　　　　　　　　　　　+1 630-575-8181
　　　　　　　　　　　　　　　　　　　　mdaher@sulaimanlaw.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

　　　The undersigned, one of the attorneys for Plaintiff, certifies that July 28, 2023, he caused a copy of the foregoing **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST EASTERN ACCOUNT SYSTEMS, INC.,** to be served by U.S. Priority Mail on:

　　　　　　　　　　　　EASTERN ACCOUNT SYSTEMS, INC.
　　　　　　　　　　　　　　C/O REGISTERED AGENT
　　　　　　　　　　　　　　1111 PARK RIDGE ROAD
　　　　　　　　　　　　　　BROOKFIELD, CT 06804

　　　　　　　　　　　　　　　　　　　　/s/ *Marwan R. Daher*
　　　　　　　　　　　　　　　　　　　　Marwan R. Daher