UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DELISA M. HARRIS,**

   Plaintiff,

v.                                                            No. 4:23-cv-00512-P

**EASTERN ACCOUNT SYSTEM, INC.,**

   Defendant.

## ORDER

   Before the Court is Plaintiff's Motion for Default Judgment. ECF No. 11. Before a final determination can be reached, the Court needs more information regarding Plaintiff's damages, as evidenced by a record of Defendant's conduct and/or records reflecting the number of harassing calls Plaintiff received. Currently, Plaintiff only says that "dozens" of calls were made, leaving the Court with insufficient information to calculate appropriate damages. The Court is disinclined to schedule an independent hearing on the matter but invites further briefing to aid its computation. Accordingly, Plaintiff is **ORDERED** to submit supplemental briefing with an attached appendix of all relevant evidence reflecting Defendant's allegedly illicit conduct. Plaintiff shall file such supplemental briefing **on or before November 8, 2023**. Further, insofar as Plaintiff seeks attorneys' fees in conjunction with her Motion for Default Judgment, her counsel of record shall also affix to the supplemental briefing sufficient evidence of the hours incurred in preparing such briefing or otherwise complying with this Order.

   **SO ORDERED** on this **2nd day of November 2023.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE